# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WIRTGEN AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 17-770-RGA-MPT |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| CATERPILLAR INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the Scheduling Order in this case (D.I. 28) is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Fact Discovery Deadline | February 9, 2023 | March 31, 2023 |

No other deadlines are impacted by this extension.

YOUNG, CONAWAY, STARGATT, & TAYLOR, LLP      POTTER ANDERSON & CORROON LLP

*/s/ Adam W. Poff*  
Adam W. Poff (#3990)  
Samantha G. Wilson (#5816)  
1000 N. King Street  
Wilmington, Delaware 19801  
(302) 571-6600  
apoff@ycst.com  
swilson@ycst.com  

*Attorneys for Plaintiff Wirtgen America, Inc.*

April 4, 2022  
10093454/44413

*/s/ Bindu A. Palapura*  
Bindu A. Palapura (#5370)  
Carson R. Bartlett (#6750)  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
Wilmington, DE 19801  
Tel: (302) 984-6000  
bpalapura@potteranderson.com  
cbartlett@potteranderson.com  

*Attorneys for Defendant Caterpillar Inc.*

**SO ORDERED** this _____ day of April, 2022.

_____  
United States District Court Judge