# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WIRTGEN AMERICA, INC.** | ) | |
| | ) | |
| *Plaintiff/Counterclaim-Defendant,* | ) | |
| | ) | |
| v. | ) | C.A. No. 17-770-JDW-MPT |
| | ) | |
| **CATERPILLAR INC.** | ) | JURY TRIAL DEMANDED |
| | ) | |
| *Defendant/Counterclaim-Plaintiff.* | ) | |

### [PROPOSED ORDER]

Having considered Wirtgen America, Inc.'s Motion to Compel Compliance with Third-Party Subpoena to Caterpillar Trimble Control Technologies LLC (the "Motion") and any opposition thereto, IT IS HEREBY ORDERED THAT:

1. Wirtgen's Motion is **GRANTED**;

2. Caterpillar Trimble Control Technologies ("CTCT") is ordered to Search for and produce all non-privileged documents in CTCT's possession that are responsive to Wirtgen's Requests for Production within 14 days of resolution of Wirtgen's Motion.

SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on January 9, 2023, I caused the foregoing document to be served by email upon the following counsel:

Bindu A. Palapura
POTTER ANDERSON & CORROON, LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
*bpalapura@potteranderson.com*

James C. Yoon
Ryan R. Smith
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*jyoon@wsgr.com*
*rsmith@wsgr.com*

Lucy Yen
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
40th Floor
New York, NY 10019
*lyen@wsgr.com*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff*