IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WIRTGEN AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-770-JDW |
| | ) |
| CATERPILLAR INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER MODIFYING SCHEDULING ORDER

IT IS HEREBY ORDERED that the parties' joint request to modify the Scheduling Order (D.I. 28) is GRANTED and the deadline to serve final infringement contentions is extended from March 2, 2023 to March 10, 2023.

DATED: February 28, 2023

*/s/ Joshua D. Wolson*
United States District Judge