

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Adam W. Poff**
P 302.571.6642
apoff@ycst.com

April 28, 2023

**VIA EMAIL**

The Honorable Joshua D. Wolson
United States District Court
for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 3809
Philadelphia, PA 19106

      Re:    *Wirtgen America, Inc. v. Caterpillar Inc.*
                Case No. 17-770-JDW

Dear Judge Wolson:

      The parties are continuing to discuss the topics to be addressed in the joint letter due to the Court today regarding Caterpillar's Motion to Exclude (D.I. 188) pursuant to D.I. 191, and respectfully request a one-business day extension until Monday, May 1, to submit the letter.

      Should Your Honor have any questions regarding the foregoing, counsel are available at the Court's convenience.

      Respectfully,

      */s/ Adam W. Poff*

      Adam W. Poff (No. 3990)

cc:    All Counsel of Record (via Email)

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600    F   302.571.1253    YoungConaway.com