# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WIRTGEN AMERICA, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CATERPILLAR, INC.,**<br><br>*Defendant.* | **Case No. 1:17-cv-00770-JDW** |

## ORDER

**AND NOW**, this 4th day of January, 2024, it is **ORDERED** that the Parties shall appear on February 1, 2024, at 10:00 a.m. EST in Courtroom 12B, United States District Court, 601 Market Street, Philadelphia, PA 19106, for a hearing regarding that portion of Defendant Caterpillar, Inc.'s Motion To Exclude Certain Expert Testimony (D.I. 210) that relates to Dr. Pallavi Seth.

Pursuant to Fed. R. Civ. P. 77(b), if any Party objects to such proceedings occurring outside the District of Delaware, it must object on or before January 12, 2024.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.