IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WIRTGEN AMERICA, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CATERPILLAR, INC.,**<br><br>*Defendant.* | **Case No. 1:17-cv-00770-JDW** |

## SCHEDULING ORDER

**AND NOW**, this 11th day of March, 2024, upon consideration of the Parties' letters proposing schedules for post-trial briefing (D.I. 347, D.I. 348), it is **ORDERED** as follows.

| Event | Deadline |
|---|---|
| **Briefing on Estoppel Issues** | |
| Caterpillar files Opening Brief and proposed Findings of Fact and Conclusions of Law | 4/12/2024 |
| Wirtgen files Responsive Brief and proposed Findings of Fact and Conclusions of Law | 5/10/2024 |
| Caterpillar files Reply Brief | 5/31/2024 |

| Briefing on Post-Verdict Remedies | |
|---|---|
| Wirtgen files Opening Brief | 4/26/2024 |
| Caterpillar files Responsive Brief | 5/24/2024 |
| Wirtgen files Reply Brief | 6/14/2024 |
| Caterpillar files Surreply Brief | 6/21/2024 |
| **Briefing on Rule 50/59 Motions** | |
| Simultaneous Opening Briefs | 5/10/2024 |
| Simultaneous Responsive Briefs | 6/07/2024 |
| Simultaneous Reply Briefs | 6/28/2024 |

All Briefs are subject to the page limits outlined in Section II.B.3 of my Policies and Procedures.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.