IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WIRTGEN AMERICA, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> CATERPILLAR INC., <br><br> Defendant/Counterclaim-Plaintiff. | C.A. No. 17-770-JDW |

**WIRTGEN AMERICA, INC.'S MOTION TO STRIKE
CATERPILLAR INC.'S UNTIMELY NEW EXPERT OPINIONS**

Wirtgen America, Inc. ("Wirtgen") respectfully moves to strike Caterpillar Inc.'s ("Caterpillar") two new expert declarations attached to Caterpillar's Motion Regarding Estoppel Defenses (D.I. 364) purporting to provide new expert opinions on issues that were never raised before in this case: D.I. 368 (Declaration of Richard W. Klopp) and D.I. 367 (Declaration of Andrew W. Smith). The opinions presented in these declarations were never disclosed in Caterpillar's responses to interrogatories, not included in these experts' reports, and not mentioned in the pretrial order. These new expert opinions are untimely and procedurally improper under Federal Rule of Civil Procedure 37(c)(1).

Accordingly, Wirtgen moves the Court to strike them pursuant to *Meyers v. Pennypack Woods Home Ownership Ass'n*, 559 F.2d 894, 904–05 (3d Cir. 1977) for the reasons set forth in Wirtgen's Brief in Opposition to Caterpillar's Motion Regarding Equitable Defenses and Wirtgen's Cross Motion to Strike.

1

Dated: May 10, 2024

| | |
|---|---|
| *Of Counsel:*<br>Ryan D. Levy<br>Seth R. Ogden<br>William E. Sekyi<br>Mark A. Kilgore<br>PATTERSON INTELLECTUAL PROPERTY LAW, P.C.<br>Roundabout Plaza<br>1600 Division Street, Suite 500<br>Nashville, Tennessee 37203<br>(615) 242-2400<br>*rdl@iplawgroup.com*<br>*sro@iplawgroup.com*<br>*wes@iplawgroup.com*<br>*mak@iplawgroup.com* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>*apoff@ycst.com*<br>*swilson@ycst.com* |

*- and -*

Daniel E. Yonan
Paul A. Ainsworth
R. Wilson Powers III
Kyle E. Conklin
Deirdre M. Wells
Joseph H. Kim
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1101 K Street NW, 10th Floor
Washington, DC 20005
(202) 371-2600
*dyonan@sternekessler.com*
*painsworth@sternekessler.com*
*tpowers@sternekessler.com*
*kconklin@sternekessler.com*
*dwells@sternekessler.com*
*josephk@sternekessler.com*

*Attorneys for Wirtgen America, Inc.*