IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WIRTGEN AMERICA, INC., *Plaintiff/Counterclaim-Defendant*, v. CATERPILLAR INC., *Defendant/Counterclaim-Plaintiff*. | C.A. No. 17-770-JDW |

**PLAINTIFF'S MOTION FOR JUDGMENT
ON THE PLEADINGS THAT THE '538 PATENT IS INAVLID**

Plaintiff Wirtgen America, Inc. ("Wirtgen") respectfully moves for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c), on the ground that representative claim 13 of U.S. Patent No. 9,975,538 (the only remaining claim asserted by Caterpillar, Inc.) is ineligible for patenting under 35 U.S.C. § 101 because the claim is directed to an abstract idea and lacks an inventive concept.

The bases for Wirtgen's Motion are set forth in the accompanying brief.

Date: May 21, 2024

| | |
|---|---|
| *Of Counsel:* <br> Ryan D. Levy <br> Seth R. Ogden <br> William E. Sekyi <br> Mark A. Kilgore <br> PATTERSON INTELLECTUAL PROPERTY LAW, P.C. <br> Roundabout Plaza <br> 1600 Division Street, Suite 500 <br> Nashville, Tennessee 37203 <br> (615) 242-2400 <br> *rdl@iplawgroup.com* <br> *sro@iplawgroup.com* <br> *wes@iplawgroup.com* <br> *mak@iplawgroup.com* | YOUNG CONAWAY STARGATT <br> & TAYLOR, LLP <br><br> */s/ Adam W. Poff* <br> Adam W. Poff (No. 3990) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> *apoff@ycst.com* <br> *swilson@ycst.com* |

- and -

Daniel E. Yonan
Paul A. Ainsworth
William H. Milliken
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
*dyonan@sternekessler.com*
*painsworth@sternekessler.com*
*wmilliken@sternekessler.com*

*Attorneys for Wirtgen America, Inc.*

2

**CERTIFICATE OF SERVICE**

I, Adam W. Poff Esquire, hereby certify that on May 21, 2024, I caused the foregoing document to be served by email upon the following counsel:

Bindu A. Palapura
Andrew L. Brown
POTTER ANDERSON & CORROON, LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
*bpalapura@potteranderson.com*
*abrown@potteranderson.com*

James C. Yoon
Ryan R. Smith
Christopher Mays
WILSON SONSINI GOODRICH &
ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
*jyoon@wsgr.com*
*rsmith@wsgr.com*
*cmays@wsgr.com*

Lucy Yen
Michelle Dang
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1301 Avenue of the Americas
40th Floor
New York, NY 10019
*lyen@wsgr.com*
*mdang@wsgr.com*

Matthew A. Macdonald
Naoya Son
Alexander Turner
Neil N. Desai
WILSON SONSINI GOODRICH &
ROSATI, P.C.
953 East Third Street
Suite 100
Los Angeles, CA 90013
*matthew.macdonald@wsgr.com*
*nson@wsgr.com*
*aturner@wsgr.com*
*ndesai@wsgr.com*

*caterpillar@wsgr.com*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff*