# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WIRTGEN AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 17-770-JDW |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| CATERPILLAR INC., ) | |
| ) | |
| Defendant. ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendant Caterpillar Inc. respectfully requests oral argument on Defendant's Motion Regarding Estoppel Defenses (D.I. 364, 365, 379 and 399). Briefing on this motion is complete.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James C. Yoon
Ryan R. Smith
Christopher D. Mays
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 493-9300

Lucy Yen
Cassie Leigh Black
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 999-5800

By: */s/ Bindu A. Palapura*
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant Caterpillar Inc.*

Matthew A. Macdonald
Neil N. Desai
Naoya Son
Alex J. Turner
WILSON SONSINI GOODRICH & ROSATI, P.C.
953 E. 3rd St., #100
Los Angeles, California 90013
Tel: (323) 210-2900

Dated: May 31, 2024
11539618/11898.00005