**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WIRTGEN AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 17-770-JDW |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| CATERPILLAR INC., ) | |
| ) | |
| Defendant. ) | |

**CATERPILLAR INC.'S CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS ON WIRTGEN'S FOURTH AFFIRMATIVE DEFENSE (PATENT INELIGIBILITY)**

Defendant and Counterclaim-Plaintiff Caterpillar, Inc. ("Caterpillar") respectfully cross-moves under Fed. R. Civ. P. 12(c) on Plaintiff and Counterclaim-Defendant Wirtgen America, Inc.'s ("Wirtgen's") Fourth Affirmative Defense (D.I. 68 at 11) of Invalidity as to U.S. Patent No. 9,975,538 ("the '538 Patent") under 35 U.S.C. § 101. Specifically, Wirtgen cannot show that Claim 13 of the '538 Patent is both directed to an abstract idea and lacks an inventive concept.

The bases for Caterpillar's Cross-Motion are set forth in the accompanying Combined Memorandum of Points and Authorities.

- 2 -

<div style="display: grid; grid-template-columns: 1fr 1fr;">

OF COUNSEL:

James C. Yoon
Ryan R. Smith
Christopher D. Mays
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 493-9300

Lucy Yen
Cassie Leigh Black
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 999-5800

Matthew A. Macdonald
Neil N. Desai
Naoya Son
Alex J. Turner
WILSON SONSINI GOODRICH & ROSATI, P.C.
953 E. 3rd St., #100
Los Angeles, California 90013
Tel: (323) 210-2900

Dated:  June 18, 2024
11569432/11898.00005

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Defendant Caterpillar Inc.*

</div>