# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WIRTGEN AMERICA, INC., | ) |
| Plaintiff, | ) )  ) |
| | ) C.A. No. 17-770-JDW |
| v. | ) ) **JURY TRIAL DEMANDED** |
| CATERPILLAR INC., | ) ) |
| Defendant. | ) ) |

## CATERPILLAR INC.'S MOTION FOR LEAVE TO AMEND THE SCHEDULING ORDER

Pursuant to the Court's Order (D.I. 416), Defendant Caterpillar Inc. ("Caterpillar") respectfully moves for leave to amend the scheduling order to permit Caterpillar to amend its Infringement Contentions.

The bases for Caterpillar's Motion are set forth in the accompanying Brief, Declaration of Ryan R. Smith, and the exhibits in support thereof.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James C. Yoon
Ryan R. Smith
Christopher D. Mays
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 493-9300

Lucy Yen
Cassie Leigh Black
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 999-5800

By: */s/ Bindu A. Palapura*
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Defendant Caterpillar Inc.*

Matthew A. Macdonald
Neil N. Desai
Naoya Son
Alex J. Turner
WILSON SONSINI GOODRICH & ROSATI, P.C.
953 E. 3rd St., #100
Los Angeles, California 90013
Tel: (323) 210-2900

Dated: June 28, 2024
11587035 /11898.00005